UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY WEIGEL *et al.* | CIVIL ACTION |
| VERSUS | NO. 05-6607 |
| UNION PACIFIC RAILROAD COMPANY *et al.* | SECTION "I" (1) |

**O R D E R**

Pending before the Court is a motion for class certification filed by "plaintiffs."[1]  Plaintiffs filed the motion as to the above-captioned case and as to a formerly consolidated case, Civil Action No. 05-1659, after the cases had been deconsolidated.  (*See* Rec. Doc. No. 9.)  At this time, no opposition has been filed; however, the Court notes that all requirements of Rule 23 must be satisfied before the Court may certify a class action.  *See Castano v. American Tobacco Co.*, 84 F.3d 734, 740 (5th Cir. 1996) ("A district court must conduct a rigorous analysis of the rule 23 prerequisites before certifying a class.") (citing *General Tel. Co. v. Falcon*, 457 U.S. 147, 161, 102 S. Ct. 2364, 2372, 72 L. Ed. 2d 740 (1982)).

Because plaintiffs' motion is not specific as to which plaintiffs seek class certification, the Court cannot conduct a

---

[1] Rec. Doc. No. 23.

rigorous inquiry into the requirements of Rule 23.  Accordingly,

**IT IS ORDERED** that the motion for class certification is DISMISSED **WITHOUT PREJUDICE.**

New Orleans, Louisiana, this ___11th___ day of April, 2006.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**